Girga v Fairport Pediatrics, LLP (2025 NY Slip Op 07173)

Girga v Fairport Pediatrics, LLP

2025 NY Slip Op 07173

Decided on December 23, 2025

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on December 23, 2025
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: WHALEN, P.J., CURRAN, MONTOUR, SMITH, AND DELCONTE, JJ.

901 CA 25-00445

[*1]MAEGAN GIRGA, PLAINTIFF-RESPONDENT,
vFAIRPORT PEDIATRICS, LLP, DEFENDANT-APPELLANT, ET AL., DEFENDANT. (APPEAL NO. 2.) 

GOLDBERG SEGALLA LLP, BUFFALO (JAMES M. SPECYAL OF COUNSEL), FOR DEFENDANT-APPELLANT.
MERSON LAW, PLLC, NEW YORK CITY (ANNETTE G. HASAPIDIS OF COUNSEL), FOR PLAINTIFF-RESPONDENT. 

 Appeal from an order of the Supreme Court, Monroe County (Charles A. Schiano, Jr., J.), entered February 10, 2025. The order granted the motion of defendant Fairport Pediatrics, LLP insofar as it sought leave to reargue and, upon reargument, adhered to a prior order denying in part the motion of Fairport Pediatrics, LLP, for summary judgment dismissing the complaint against it. 
It is hereby ORDERED that the order so appealed from is unanimously affirmed without costs.
Entered: December 23, 2025
Ann Dillon Flynn
Clerk of the Court